## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **SHERREL PRICE,** | § § § | **Civil Action No. 5:17-cv-00021-OLG** |
| Plaintiff, | § § | |
| v. | § § | |
| **MEDICREDIT, INC.,** | § § | |
| Defendant. | § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 20, 2017    BY: */s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　Email: abennecoff@creditlaw.com
　　　　　　　　　　　　　Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

John D. Ryan, Esq**.**
Spencer Fane LLP
1610 N. Kingshighway, Suite 205
Cape Girardeau, MO 63701
573-334-5449
Fax: 573-334-5489

Mark A. McNitzky, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
2700 Weston Centre
112 E. Pecan St.
San Antonio, TX 78205
(210) 277-3612
Fax: 210-277-2702
Email: mark.mcnitzky@ogletreedeakins.com

| | |
|---|---|
| Dated: October 20, 2017 | BY: */s/ Amy L. Bennecoff Ginsburg* |
| | Amy L. Bennecoff, Esquire |
| | Kimmel & Silverman, P.C. |
| | 30 E. Butler Avenue |
| | Ambler, PA 19002 |
| | Phone: (215) 540-8888 |
| | Facsimile: (877) 788-2864 |
| | Email: abennecoff@creditlaw.com |
| | Attorney for the Plaintiff |