UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

OCT 2 5 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| SHERREL PRICE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | SA-17-CA-21-OG |
| MEDICREDIT, INC. | ) | |
| | ) | |
| Defendant | ) | |

# ORDER

The Court has received notice that all claims between the parties have been settled.

Docket no. 12.  This case is administratively closed pending the submission of dismissal papers.

If necessary, the case may be re-opened upon the filing of a motion by any party.

IT IS SO ORDERED this _____ day of October, 2017.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE