IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SHERREL PRICE,<br>　　　Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC.<br>　　　Defendant. | §<br>§<br>§  Civil Action No. 5:17-cv-00021<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ John D. Ryan* | */s/ Amy L. Bennecoff Ginsburg* |
| John D. Ryan, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Spencer Fane LLP | Kimmel & Silverman, P.C. |
| 1610 N. Kingshighway, Suite 205 | 30 East Butler Pike |
| Cape Girardeau, MO 63701 | Ambler, PA 19002 |
| 573-334-5449 | Phone: (215) 540-8888 |
| Fax: 573-334-5489 | Fax: (877) 788-2864 |
| Email: jryan@spencerfane.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: January 12, 2018 | Date: January 12, 2018 |

BY THE COURT:

_____

　　　　　　　　　　　　　　　　　　　　J.

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of January, 2018:

John D. Ryan, Esq.
Spencer Fane LLP
1610 N. Kingshighway, Suite 205
Cape Girardeau, MO 63701
573-334-5449
Fax: 573-334-5489
Email: jryan@spencerfane.com

Mark A. McNitzky, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
2700 Weston Centre
112 E. Pecan St.
San Antonio, TX 78205
(210) 277-3612
Fax: 210-277-2702
Email: mark.mcnitzky@ogletreedeakins.com

Attorneys for Defendant

                                                       */s/ Amy L. Bennecoff Ginsburg*
                                                       Amy L. Bennecoff Ginsburg, Esq.
                                                       Kimmel & Silverman, P.C.
                                                       30 East Butler Pike
                                                       Ambler, PA 19002
                                                       Phone: (215) 540-8888
                                                       Fax: (877) 788-2864
                                                       Email: aginsburg@creditlaw.com
                                                       Attorney for the Plaintiff