UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHERREL PRICE, | § |
| *Plaintiff*, | § |
| v. | §  Civil No. SA-17-cv-00021-OLG |
| MEDICREDIT, INC., | § |
| *Defendant*. | § |

**AGREED ORDER OF DISMISSAL**

On this day, the Court took notice of the parties' Stipulation to Dismiss (docket no. 17), in which all parties stipulated to the dismissal of this action with prejudice and with each party bearing its own costs and fees. It is therefore:

ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE, and the case is closed.

It is so ORDERED.

SIGNED this 24 day of January, 2018.

ORLANDO L. GARCIA
Chief United States District Judge